IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENESIS MARTINEZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION,<br><br>    Defendant. | Case No.: 1:21-cv-01181<br><br>Hon. District Judge Edmund Chang |

**JOINT MOTION FOR ENTRY OF STIPULATION TO REMAND ACTION TO THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS**

Plaintiff Genesis Martinez ("Plaintiff") and Defendant Ralph Lauren Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move for entry of a stipulation remanding this Action to the Circuit Court of Kane County, Illinois, Sixteenth Judicial Circuit. In support of the instant stipulation, the Parties state as follows:

WHEREAS, this Action was originally filed in the Circuit Court of Kane County, Illinois, Sixteenth Judicial Circuit on January 5, 2021;

WHEREAS, Plaintiff alleges that Defendant violated sections 15(a) and 15(b) of the Illinois Biometric Information Privacy Act, 740 ILCS § 14/1, *et seq.* ("BIPA");

WHEREAS, on March 2, 2021, Defendant removed this Action to the United States District Court for the Northern District of Illinois; and

WHEREAS, the Parties have reached a settlement that, if finally approved, will fully and finally resolve all claims asserted against Defendant in this Action;

WHEREFORE, solely for the purpose of effectuating settlement, the Parties hereby move for this Court to enter the Parties' stipulation to remand this matter to the Circuit Court of Kane

County, Illinois, Sixteen Judicial Circuit, with each party to bear its own costs and fees. A Proposed Order (in the form attached hereto as Exhibit A) will be emailed to the Court's chambers' email address in accordance with the Court's Standing Order.

Dated: March 29, 2022                           Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF GENESIS MARTINEZ,** on behalf of herself and all others similarly situated | **DEFENDANT RALPH LAUREN CORPORATION** |
| By: /s/ *Carl Malmstrom* <br>       One of Her Attorneys | By: /s/ *David M. Poell* <br>       One of Its Attorneys |
| Carl V. Malmstrom <br> Wolf Haldenstein Adler Freeman & Herz LLC <br> 111 W. Jackson St. <br> Suite 1700, Chicago, IL 60604 <br> (312) 984-0000 <br> malmstrom@whafh.com | David M. Poell <br> Sheppard Mullin Richter & Hampton, LLP <br> 70 West Madison Street, 48th Floor <br> Chicago, Illinois 60602 <br> (312) 499-6300 <br> dpoell@sheppardmullin.com |