## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

GENESIS MARTINEZ

                                        Plaintiff,

v.                                                                    Case No.: 1:21−cv−01181
                                                                                     Honorable Edmond E. Chang

RALPH LAUREN CORPORATION

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2022:

       MINUTE entry before the Honorable Edmond E. Chang: The parties' agreed motion to remand to state court [28] is granted. The tracking status hearing of 04/22/2022 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.